

**Bracken ENGINEERING**
2701 W Busch Blvd, Ste 200
Tampa, FL 33618
T: (800) 971-7252
F: (813) 243-9530
www.BrackenEngineering.com

# INVOICE

**17F00049-01**
Invoice #

**3/17/2017**
Date

**Due on receipt**
Terms

Wicker, Smith, O'Hara, McCoy & Ford PA
Chris Cazin
100 N Tampa St
Ste 1800
Tampa, FL 33602

**Cerrato v. NutriBullet**
Project Name

**7699826075US**
Your File or Claim No.

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Invoice for services performed by Bracken Engineering on above referenced project | | | |
| DOCUMENT REVIEW / PRODUCTION: | | | |
| Subject Matter Expert : Document Review and/or Production related to the project | 0.75 | 300.00 | 225.00 |
| CONFERENCE CALL: | | | |
| Subject Matter Expert: (3/2/17) Conference call related to the project | 0.5 | 300.00 | 150.00 |
| Forensic Technician: (3/2/17) Conference call related to the project | 0.5 | 100.00 | 50.00 |

**Make checks payable to "Bracken Engineering, Inc."**
Remit payment to PO Box 340372, Tampa, FL 33694
Please include the invoice number with your payment
Federal Tax ID #59-3354312

| | |
|---|---|
| Invoice Total | $425.00 |
| Credits | $0.00 |
| **This Invoice** | **$425.00** |

Please review the "Project Total Balance Outstanding" for unpaid invoices that may be overdue. Please bring your account current as soon as possible. Thank you!

1.5% Interest per month imposed on accounts over 30 days

**Project Total Balance Outstanding :**     **$425.00**