## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PHYLLIS B. CERRATO and
GERMAN CERRATO,

      Plaintiffs,

v.                                                Case No.  8:16-cv-3077-T-24 JSS

NUTRIBULLET, LLC and
CAPITAL BRANDS, LLC,

      Defendants.
_____/

## ORDER

This cause came before the Court on Defendants' Motion to Quash Plaintiffs' Trial Subpoenas.  (Doc. No. 106).  Plaintiffs oppose the motion.  (Doc. No. 107).  As explained below, the motion is denied.

This product liability lawsuit is going to trial on Monday, January 22, 2018.  In the instant motion, Defendants move to quash Plaintiffs' six trial subpoenas directed to Defendants' "Corporate Representative" that is most knowledgeable about the topic specified in each subpoena.  Defendants argue that these subpoenas should be quashed because they do not comply with Federal Rule of Civil procedure 45, because: (1) the corporate representatives reside in California, more than 100 miles away from this Court, and (2) Rule 45 does not authorize a party to subpoena an unnamed person and specify areas of inquiry.

Plaintiffs respond that these six subpoenas are meant to be directed to Mark Suzumoto, the person that Defendants have identified as their corporate representative for trial and whom Defendants will be calling to testify at trial.  Therefore, Plaintiffs ask that the Court deny the motion to quash.

The Court agrees with Defendants that the subpoenas, in their current form, do not comply with Rule 45.  However, given that trial is days away, and given that Plaintiffs have now informed Defendants that they are directing those subpoenas to Mark Suzumoto, the Court denies the motion.

Accordingly, it is ORDERED AND ADJUDGED that Defendants' Motion to Quash Plaintiffs' Trial Subpoenas (Doc. No. 106) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of January, 2018.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record